# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | Honorable Carol A. Doyle |
| Stefan Dorel Prem, | ) | |
| | ) | Case No. 10 B 02840 |
| Debtor. | ) | |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO: DEBTOR, DEBTOR'S COUNSEL, CHAPTER 7 TRUSTEE:**

Please take notice that on March 4, 2010, at 10:00 a.m. or as soon thereafter as the same may be heard, the undersigned will present to the Honorable Carol A. Doyle (or any other judge who may be presiding in his or her place), in Room 742, Everett S. Dirksen U. S. Courthouse, 219 S. Dearborn St., Chicago, Illinois, the attached motion for relief from the automatic stay.

RIEZMAN BERGER, P.C.

**/s/ Kathryn A. Klein**
Kathryn A. Klein, #06199235
7700 Bonhomme, 7th Floor
St. Louis, MO 63105
(314) 727-0101
Fax (314) 727-1086

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | Honorable Carol A. Doyle |
| Stefan Dorel Prem, | ) | |
| | ) | Case No. 10 B 02840 |
| Debtor. | ) | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW DCFS USA, L.L.C. ("DCFS"), by counsel, respectfully moves for relief from the automatic stay as to the vehicle described below on the following grounds:

1. On the date of the filing of this bankruptcy proceeding, DCFS was owed at least $24,976.28 secured by a 2006 Mercedes-Benz E320, VIN: WDBUF26JX6A857584.

2. The vehicle was worth $27,775.00 on the date of filing.

3. There is no substantial equity in the vehicle and it is not needed for an effective reorganization by Debtor.

4. Debtor is delinquent in payments to DCFS for all payments due and owing since December 20, 2009, in the amount of approximately $2,040.06.

5. No reaffirmation has been entered and no motion to redeem the vehicle under §722 has been filed by Debtor.

6. DCFS requests that any order modifying the automatic stay be effective immediately as allowed under Federal Bankruptcy Rule 4001(a)(3).

7. Local counsel in this matter is designated as follows:

    David J. Frankel
    203 N. LaSalle St., Suite 2350
    Chicago, IL 60601

WHEREFORE, DCFS USA, L.L.C. respectfully requests that the Court lift the automatic stay of 11 U.S.C. § 362 as to the vehicle, that any order modifying the automatic stay be effective immediately as allowed under Federal Bankruptcy Rule 4001(a)(3) and for such further relief as is proper.

Respectfully submitted,

RIEZMAN BERGER, P.C.

**/s/ Kathryn A. Klein**
Kathryn A. Klein, #06199235
7700 Bonhomme, 7th Floor
St. Louis, MO  63105
(314) 727-0101
Attorneys for DCFS

## PROOF OF SERVICE

The undersigned states that I served the attached Notice of Motion for Relief from the Automatic Stay and the attached Motion for Relief from the Automatic Stay by DCFS USA, L.L.C. upon the parties named below by first-class mail, postage prepaid, on the 17th day of February, 2010.  Parties able to receive electronic filing also receive a copy electronically.

Stefan Dorel Prem                                       Debtor
3703 W. Marquette
Chicago, IL 60629

Mark  Moreno                                            Attorney for Debtor
1300 W. Belmont Ave., Suite 110
Chicago, IL 60657

Andrew J. Maxwell                                       Chapter 7 Trustee
105 W. Adams St., Ste. 3200
Chicago, IL 60603

Office of the United States Trustee
Dirksen Federal Court House
219 S. Dearborn St., Ste. 873
Chicago, IL 60604


**/s/ Kathryn A. Klein**